IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAULA LABAUVE LAMBETH | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:23-cv-165-HSO-BWR |
| | § | |
| | § | |
| PENNYMAC FINANCIAL | § | |
| SERVICES, INC. ET AL. | § | DEFENDANTS |

**FINAL JUDGMENT**

In accordance with the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 4th day of December, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE